UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN TOWBOAT CO., | In Admiralty |
| Plaintiff, | Case No.: 2:22-cv-00957-JHC |
| vs. | **ORDER FOR ABEYANCE OF ARREST** |
| UNITED STATES OF AMERICA, UNITED STATES ARMY CORPS OF ENGINEERS, | |
| | Rule E(3)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims |
| Defendants. | |
| vs. | |
| WESTERN TOWBOAT CO., | |
| Cross-Defendant, | |
| and | |
| Tugboat PACIFIC TITAN, its tackle, apparel, etc., *in rem*, | |
| Counter-Defendant. | |

ORDER FOR
ABEYANCE OF ARREST - 1

WHEREFORE, based upon the application of Counter-Claimant United States of America for abeyance of execution of the Warrant of Arrest by the Marshal upon the defendant vessel PACIFIC TITAN, *in rem*,

IT IS HEREBY ORDERED that, in accordance with Rule E(3)(b) of the Supplemental Rules for Admiralty and Maritime Claims, execution of the Warrant of Arrest by the Marshal upon the defendant Vessel shall be held in abeyance pending further application of the United States for execution of the Warrant.

IT IS SO ORDERED.

Dated: September 21, 2022

_____
Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER FOR
ABEYANCE OF ARREST - 2