District Judge John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WESTERN TOWBOAT CO., | In Admiralty |
| Plaintiff, | Case No.: 2:22-cv-00957-JHC |
| vs. | **CONSENT JUDGMENT** |
| UNITED STATES OF AMERICA, UNITED STATES ARMY CORPS OF ENGINEERS, | |
| Defendants. | |
| vs. | |
| WESTERN TOWBOAT CO., | |
| Cross-Defendant, | |
| and | |
| Tugboat PACIFIC TITAN, its tackle, apparel, etc., *in rem*, | |
| Counter-Defendant. | |

CONSENT JUDGMENT  2:22-cv-00957-JHC

U.S. Department of Justice
Civil Division, Torts Branch
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA 94102
(415) 436-6630

WHEREFORE the above action having been compromised, it is, upon the joined consent of counsel for the respective parties:

ORDERED AND ADJUDICATED that judgment be entered in favor of plaintiff Western Towboat Co. and against the United States on its claims for damages alleged in the Complaint (ECF 1), and defendant United States shall pay to plaintiff Western Towboat Co. the total of, and no more than the total of, One Hundred Sixty Thousand Dollars ($160,000.00), without interest, with all parties to bear their own costs and fees.  The United States Army Corps of Engineers never appeared in this action, and IT IS FURTHER ORDERED that the United States Army Corps of Engineers is hereby dismissed with prejudice.

The United States and Western Towboat Co. have advised the Court they have entered into a settlement agreement as a complete resolution of both the United States' crossclaims against Western Towboat Co. (ECF 6) and its counterclaims against vessel PACIFIC TITAN (ECF 6), without any admission of liability on the part of either Western Towboat Co. or vessel PACIFIC TITAN, and with a mutual waiver of fees and costs.  Accordingly, IT IS FURTHER ORDERED that both the United States' crossclaim against Western Towboat and its counterclaim against vessel PACIFIC TITAN are hereby dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated this 28th day of April, 2023

_____
Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT
3:17-cv-05526-BHS

1

U.S. Department of Justice
Civil Division, Torts Branch
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA 94102
(415) 436-6644